IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

    Petitioner,               No. CIV S-08-2866 DAD P

    vs.

PAM AHLIN, Executive Director,

    Respondent.           <u>ORDER</u>

_____/

        On April 1, 2009, petitioner filed a request for reconsideration by the district judge of the undersigned's order filed March 12, 2009, dismissing petitioner's application for writ of habeas corpus with leave to amend.

        Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action. In due course, the assigned district judge will rule on petitioner's request for reconsideration.

DATED: April 8, 2009.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:9
meye2866.dj