IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,　　　　　　　　　　　No. 2:08-cv-02866-MCE-DAD P

　　　　Petitioner,

　vs.　　　　　　　　　　　　　　　　　ORDER

PAM AHLIN, Executive Director,

　　　　Respondent.
_____/

On April 1, 2009, petitioner filed a request for reconsideration of the magistrate judge's order filed March 12, 2009, dismissing petitioner's application for writ of habeas corpus with leave to amend. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///
///
///

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 12, 2009, is affirmed.

Dated: April 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE