IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

    Petitioner,                      No. CIV S-08-2866 MCE DAD P

    vs.

PAM AHLIN, Executive Director,

    Respondent.                  <u>ORDER</u>

_____/

        On March 12, 2009, the court dismissed petitioner's original petition for writ of habeas corpus and granted him thirty days leave to file an amended petition. On April 1, 2009, petitioner filed a motion for reconsideration. On April 13, 2009, the assigned district judge in this action affirmed the undersigned's order. Good cause appearing, petitioner will be granted thirty days from the date of service of this order to file an amended petition in accordance with the court's March 12, 2009 order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner is granted thirty days from the date of service of this order to file an amended petition in accordance with the court's March 12, 2009 order;

/////

/////

1

2. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: April 23, 2009.

                                        /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
meye2666.amd(2)